# Affidavit of Process Server

| Kolcraft Enterprises | vs | Graco Children's Products | 15CV7950 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Bruce R. Smith Jr.**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Graco Children's Products, Inc.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Complaint & Exhibits A-G

by serving (NAME) **Barry Smith, Office Services**
at ☐ Home
☒ Business **40 Technology Pkwy, Ste 300, Norcross GA 30092**
☐ on (DATE) **9/21/15** at (TIME) **11:10am**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE)_____
From (CITY)_____ (STATE)_____

**Manner of Service:**
☒ By Personal Service
☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,_____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other:_____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( )_____,( )_____,( )_____
DATE TIME DATE TIME DATE TIME
( )_____,( )_____,( )_____
DATE TIME DATE TIME DATE TIME

**Description:**
- ☒ Male / ☐ Female
- ☐ White Skin / ☒ Black Skin / ☐ Brown Skin / ☐ Yellow Skin / ☐ Red Skin
- ☒ Black Hair / ☐ Brown Hair / ☐ Blond Hair / ☐ Gray Hair / ☐ Red Hair
- ☐ White Hair / ☐ Balding / ☐ Mustache / ☐ Beard
- ☐ 14-20 Yrs. / ☒ 21-35 Yrs. / ☐ 36-50 Yrs. / ☐ 51-65 Yrs. / ☐ Over 65 Yrs.
- ☐ Under 5' / ☐ 5'-5'3" / ☐ 5'4"-5'8" / ☒ 5'9"-6' / ☐ Over 6'
- ☐ Under 100 Lbs. / ☐ 100-130 Lbs. / ☐ 131-160 Lbs. / ☐ 161-200 Lbs. / ☒ Over 200 Lbs.
- ☐ Glasses

OTHER IDENTIFYING FEATURES:_____

State of Illinois  County of Cook

Subscribed and sworn to before me
A notary public, this **22nd** day of **Sept**, 20**15**

_Deborah A Duchon_
Notary Public

[Notary Seal: DEBORAH A DUCHON, NOTARY PUBLIC, GEORGIA, EXPIRES NOV. 14, 2018, DEKALB COUNTY]

**Bruce R Smith Jr**
SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KOLCRAFT ENTERPRISES, INC.

CASE NUMBER: 15-CV-7950

V.

ASSIGNED JUDGE: Honorable Robert M. Dow, Jr.

GRACO CHILDREN'S PRODUCTS INC.

DESIGNATED MAGISTRATE JUDGE: Honorable Sidney I. Schenkier

TO: (Name and address of Defendant)

Graco Children's Products Inc.
c/o Registered Agent
Corporation Service Company
40 Technology Parkway
Southsuite 300
Norcross, Georgia 30092

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond P. Niro, Jr.
Niro McAndrews, LLC
200 West Madison Street
Suite 2040
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

September 17, 2015

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
              Date                      *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.