**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **KOLCRAFT ENTERPRISES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **GRACO CHILDREN'S PRODUCTS INC.**, <br><br> Defendant. | Civil Action No. 1:15-cv-07950 <br><br> The Honorable Robert M. Dow, Jr. <br><br> Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 16, 2016, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Room 1919, Chicago, Illinois, and shall then and there present Defendant Graco Children's Products Inc.'s Motion for Leave to Present More Than Ten Terms or Phrases for Construction by the Court and for Additional Pages for Claim Construction Briefing.

                                                          Respectfully submitted,

                                                          **GRACO CHILDREN'S PRODUCTS INC.**

DATED: June 13, 2016          By: /s/ Warren J Thomas
                                              One of its Attorneys

                                              Jonathan M. Cyrluk (*ARDC No. 6210250*)
                                               cyrluk@carpenterlipps.com
                                               **CARPENTER LIPPS & LELAND LLP**
                                               180 North LaSalle Street, Suite 2640
                                               Chicago, Illinois 60601
                                               Telephone: (312) 777-4300

Facsimile: (312) 777-4839

John W. Harbin (admitted *pro hac vice*)
 *jharbin@mcciplaw.com*
Jessica A. Keesee (admitted *pro hac vice*)
 *jkeesee@mcciplaw.com*
Walter Hill Levie III (admitted *pro hac vice*)
 *tlevie@mcciplaw.com*
Warren J. Thomas (admitted *pro hac vice*)
 *wthomas@mcciplaw.com*
**MEUNIER CARLIN & CURFMAN LLC**
999 Peachtree Street, N.E., Suite 1300
Atlanta, Georgia 30309
Telephone: (404) 645-7700
Facsimile: (404) 645-7707

Attorneys for Defendant
**GRACO CHILDREN'S PRODUCTS INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 13th day of June, 2016, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notification of such filing to all counsel of record.

By: /s/ Warren J. Thomas
One of the Attorneys for Defendant