IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOLCRAFT ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GRACO CHILDREN'S PRODUCTS INC., <br><br> Defendant. | Civil Action No. 1:15-cv-07950 <br><br> Judge Robert M. Dow, Jr. <br> Magistrate Judge Sidney I. Schenkier |

**JOINT STATUS REPORT**

Plaintiff Kolcraft Enterprises, Inc. ("Kolcraft") and Defendant Graco Children's Products Inc. ("Graco") submit the following Joint Status Report pursuant to the Court's Order of January 7, 2019 (Dkt. #56).

**I.     USPTO AND FEDERAL CIRCUIT PROCEEDINGS**

All proceedings before the Patent Trial and Appeal Board ("PTAB") and appeals to the Federal Circuit regarding Kolcraft's patents asserted in this matter have concluded. Below is a summary of the outcome of these proceedings:[1]

- On September 28, 2016, the PTAB declined to institute trial on Kolcraft's asserted U.S. Patent No. D570,621 ("the '621 Patent"). (Dkt. #54-1.)

- On October 3, 2016, the PTAB instituted trial on asserted U.S. Patent Nos. D604,970 ("the '970 Patent") and D616,231 ("the '231 Patent"). (Dkt. #54-2.) On October 2, 2017, the PTAB held that the claims of the '970 and '231 Patents were shown to be unpatentable. (Dkt. #54-3.) On July 2, 2019, the Federal Circuit affirmed on appeal the PTAB's decision

---

[1] Graco did not challenge the validity of Kolcraft's asserted U.S. Patent Nos. 7,568,242 ("the '242 Patent") and D557,510 ("the '510 Patent") before the PTAB.

1

that the '970 and '231 Patents are unpatentable. (Ex. A (Fed. Cir. Opinion); Ex. B (Fed. Cir. Judgment).) Therefore, the '970 and '231 Patents are cancelled and can no longer be asserted in this case.

- On October 17, 2016, the PTAB instituted trial on claims 46-50 of Kolcraft's asserted U.S. Patent No. 7,458,114 ("the '114 Patent"), and it declined to institute trial on claims 21, 22, 30-37, and 43-45. (Dkt. #54-6.) Kolcraft subsequently requested adverse judgment as to claims 46-50 of the '114 Patent, and the PTAB ordered that claims 46-50 be cancelled on April 14, 2017. (Dkt. #54-7.) Accordingly, the case before this Court will proceed with respect to asserted claims 21, 22, 30-34, and 43-45 of the '114 Patent.

- On June 1, 2017, the PTAB held that claims 1-18 of Kolcraft's asserted U.S. Patent No. 9,027,180 ("the '180 Patent") were shown to be unpatentable. (Dkt. #54-8.) Kolcraft appealed the PTAB's decision to the Federal Circuit, but requested voluntary dismissal of the appeal, which was granted by the Federal Circuit on December 28, 2017. Therefore, the '180 Patent is cancelled and can no longer be asserted in this case.[2]

## II. JOINT REQUEST TO LIFT THE STAY OF THIS CASE

In its January 7, 2019 Order, the Court maintained the stay until the conclusion of the Federal Circuit appeal of Kolcraft's '970 and '231 Patents. (Dkt. #56.) Because the appeal has concluded, and none of Kolcraft's Patents-in-Suit is subject to a PTAB proceeding or Federal Circuit appeal, the parties respectfully seek an Order (i) lifting the stay and (ii) directing the parties to submit within fourteen (14) days of such Order a Revised Discovery Plan for the Court's consideration.

---

[2] To summarize, the following Kolcraft patents are still at issue in this litigation: the '242 Patent; the '114 Patent; the '510 Patent; and the '621 Patent (collectively, the "Patents-in-Suit").

2

Respectfully submitted,

| | |
|---|---|
| */s/ Raymond P. Niro, Jr.* | */s/ John W. Harbin* |

Raymond P. Niro, Jr.
Kyle D. Wallenberg
NIRO McANDREWS, LLC
155 North Wacker Drive, Suite 4250
Chicago, IL 60606
(312) 755-8575
Fax: (312) 674-7481
rnirojr@niro-mcandrews.com
kwallenberg@niro-mcandrews.com

*Attorneys for Plaintiff,*
Kolcraft Enterprises, Inc.

Jonathan M. Cyrluk (ARDC No. 6210250)
  cyrluk@carpenterlipps.com
Joshua Goldberg (ARDC No. 6277541)
  goldberg@carpenterlipps.com
Steven C. Moeller (ARDC No. 6290263)
  moeller@carpenterlipps.com
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois 60601
Telephone: (312) 777-4300
Facsimile: (312) 777-4839

John W. Harbin (admitted pro hac vice)
  jharbin@mcciplaw.com
Jessica A. Keesee (admitted pro hac vice)
  jkeesee@mcciplaw.com
Walter Hill Levie III (admitted pro hac vice)
  tlevie@mcciplaw.com
Warren J. Thomas (admitted pro hac vice)
  wthomas@mcciplaw.com
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, N.E., Suite 1300
Atlanta, Georgia 30309
Telephone: (404) 645-7700
Facsimile: (404) 645-7707

*Attorneys for Defendant,*
Graco Children's Products Inc.

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 9, 2019 the foregoing **JOINT STATUS REPORT** was served by ECF on all known parties.

*/s/ Raymond P. Niro, Jr.*

*Attorney for Plaintiff,*
NIRO McANDREWS, LLC